United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHELLY FRADES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 16-cv-00504-JSC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE** |

Upon review of the parties' Joint Case Management Conference Statement (Dkt. No. 19), the case management conference scheduled for April 28, 2016 is VACATED. The Court sets the following schedule:

| | |
|---|---|
| Deadline for completion of private mediation: | **July 11, 2016** |
| Filing of opening briefs on cross-motions for sj: | **November 3, 2016** |
| Filing of opposition briefs on cross-motions for sj: | **November 17, 2016** |
| Reply briefs, if any, in support of sj: | **November 23, 2016** |
| Hearing on s.j. cross motions: | **December 8, 2016 9:00 a.m.** |

The Court is not setting a discovery deadline; instead, if Plaintiff believes discovery is needed, and the parties do not agree, then Plaintiff shall file a joint discovery letter brief with the Court no later than August 18, 2016. A further case management conference is scheduled for **August 25, 2016, at 1:30 p.m.** with a case management conference statement due one week in advance of the conference. One issue the Court will be interested in addressing at the conference is whether the parties believe referral for a magistrate judge settlement conference would be useful.

**IT IS SO ORDERED.**

Dated: April 22, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge