Michelle L. Roberts, State Bar No. 239092
Email: mroberts@robertsbartolic.com
ROBERTS BARTOLIC LLP
1050 Marina Village Pkwy., Suite 105
Alameda, CA 94501
Tel:  (510) 992-6130
Fax:  (510) 280-7564

Attorneys for Plaintiff
**SCHELLY FRADES**

Anna M. Martin, State Bar No. 154279
Email: amartin@rimacmartin.com
RIMAC MARTIN, P.C.
1051 Divisadero Street
San Francisco, CA 94115
Tel: (415) 561-8440
Fax: (415) 561-8430

Attorneys for Defendant
**UNUM LIFE INSURANCE COMPANY OF AMERICA**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHELLY FRADES,<br><br>  Plaintiff,<br><br>vs.<br><br>UNUM INSURANCE COMPANY OF AMERICA,<br><br>  Defendant(s). | Case Number: 3:16-cv-00504-JSC<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE, [~~PROPOSED~~] ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff SCHELLY FRADES and Defendant UNUM INSURANCE COMPANY OF AMERICA by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

Counsel for the filing party hereby attests that concurrence in filing of this document has been obtained by the other signatory to this document.  The conformed signature herein shall

Page **1** of **2**
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE, [~~PROPOSED~~] ORDER
Case No. 3:16–cv–00504–JSC

serve in lieu of their original signatures on this document.  Upon order of the Court, this filing party shall produce records which support the concurrence of all signatories to this document.

Dated: July 11, 2016                    */s/Michelle L. Roberts*
MICHELLE L. ROBETS
Counsel for Plaintiff
SCHELLY FRADES

Dated: July 11, 2016                    /s/*Anna M. Martin*
ANNA M. MARTIN
Counsel for Defendant
UNUM INSURANCE COMPANY OF AMERICA

IT IS SO ORDERED.

Dated:   July 12, 2016

UNITED STATES MAGISTRATE JUDGE
JACQUELINE SCOTT CORLEY